## No. 659—MARIE ODILE BEGNAUD v. ALEXANDRE ROY.

The transferees of portions of a mortgage debt are entitled to be paid *pro rata*, out of the proceeds of the sale of the property mortgaged, without regard to the time when the transfer was made.

APPEAL from the Parish Court of St. Martin. *Yates*, J. *DeBlanc & Perry* for plaintiff and appellee. *Gary & Fournet* for defendant and appellant.

LUDELING, C. J. The defendant, who is the holder and owner of two of a series of notes secured by a mortgage, obtained an order of seizure and sale against the property mortgaged.

Before the sale, the plaintiff, who holds another of the notes secured by the same mortgage, filed a third opposition, claiming the right to be paid by preference out of the proceeds of the sale of the property mortgaged, because she acquired her note before its maturity, and that the defendant acquired his notes subsequently and after their maturity.

There was judgment in favor of the plaintiff ordering the sheriff to pay her the amount of her claim by preference, and the defendant has appealed.

We had occasion to examine this question recently, and we held that the transferees of portions of a mortgage debt are entitled to be paid, *pro rata*, out of the proceeds of the property mortgaged without regard to the time when they were transferred.' We adhere to that position. See Perot *v.* Levasseur, 21 A. 529.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be avoided and reversed; it is further ordered that the proceeds of the property mortgaged be distributed proportionally on all the notes secured by the mortgage, and that the plaintiff and appellee pay the costs of both courts.